UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROMULO BAUTISTA-OCAMPO,
GUSTAVO MIRAMONTES-PONCE and
JESUS FLORES-MANZO,

Defendant.

Case No. CR05-5264FDB

ORDER DENYING DEFENDANT'S
MOTION FOR TRANSLATION OF
TRANSCRIPTS AND DIRECTING
SUBMISSION OF EXPENSE
REQUEST

Before the Court is the motion of Defendant Romulo Bautista-Ocampo for an order requiring the Government to enhance the quality of certain audio recordings and to provide transcripts. Based on the Government's representations that it does not have the necessary equipment and that it's only recourse is to send the recordings to the FBI, at great delay, or retain the services of a private firm, the Court finds that Defendant's motion should be denied. The Defendant is, however, entitled to obtain enhanced versions of the recordings to determine whether they are in any way exculpatory.

ACCORDINGLY,

IT IS ORDERED:

(1) Defendant's motion for an order requiring the Government to enhance and produce audio recordings (Dkt.#48) is **DENIED**; and

(2) Defendant is directed to submit to CJA an appropriate request for expert witness

ORDER - 1

1 services to cover the expense of hiring a private entity for enhancement of the
2 recordings.
3
4     DATED this 15th day of September, 2005.

                                                                       FRANKLIN D. BURGESS
                                                                       UNITED STATES DISTRICT JUDGE

ORDER - 2